UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| MICHAEL HERROD,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY OF VANCOUVER, BRIAN MARTINEK, CHIEF OF POLICE, VANCOVUER POLICE DEPARTMENT; and DOES 1 THROUGH 5,<br><br>        Defendants. | No. C07-5699 FDB<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

    Plaintiff and Defendants hereby stipulate and agree that all claims between and against one another and this action should be dismissed with prejudice and without costs to either party.

    DATED on September 18, 2008.

| | |
|---|---|
| RICHARD J. TROBERMAN, P.S. | TED H. GATHE, CITY ATTORNEY<br>VANCOUVER, WASHINGTON |
| By:    /s/ Richard J. Troberman<br>   Mr. Richard J. Troberman, WSBA No. 6379<br>   Of Attorneys for Plaintiff<br>   1501 4th Ave Ste 2150<br>   Seattle, WA 98101-3225<br>   **Tel**: (206) 343-1111, **Fax**: (206) 340-1936<br>   tmanlaw@aol.com | By:    /s/ Daniel G. Lloyd<br>   Daniel G. Lloyd, WSBA No. 34221<br>   Of Attorneys for Defendants<br>   210 E. 13th Street<br>   Vancouver, WA 98668-1995<br>   **Tel:** 360.696.8251; **Fax:** 360.696.8250<br>   dan.lloyd@ci.vancouver.wa.us |

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 1
(W.D. Wash. Cause No. C07-5699FDB)

TED H. GATHE
CITY ATTORNEY
210 E. 13th STREET
VANCOUVER, WA 98668
Tel: (360) 696-8251 * Fax: (360) 696-8250

**IT IS SO ORDERED.**

DATED this 19th day of September, 2008.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

TED H. GATHE, CITY ATTORNEY
  VANCOUVER, WASHINGTON

By:      /s/ Daniel G. Lloyd
  Daniel G. Lloyd, WSBA No. 34221
  Of Attorneys for Defendants
  210 E. 13th Street
  Vancouver, WA 98668-1995
  **Tel:** 360.696.8251; **Fax:** 360.696.8250
  dan.lloyd@ci.vancouver.wa.us

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 2
(W.D. Wash. Cause No. C07-5699FDB)

TED H. GATHE
CITY ATTORNEY
210 E. 13th STREET
VANCOUVER, WA  98668
Tel: (360) 696-8251 * Fax: (360) 696-8250